**Milton LUCAS III**

v.

**STATE**

**CR-13-1060**

Court of Criminal Appeals of Alabama.

01/30/2015

Affirmed

**James Henry DAVIS**

v.

**STATE**

**CR-13-1084**

Court of Criminal Appeals of Alabama.

01/30/2015

Affirmed

**Tarus LEWIS**

v.

**STATE**

**CR-13-1096**

Court of Criminal Appeals of Alabama.

01/30/2015

Affirmed

**Dre A. DERAMUS**

v.

**STATE**

**CR-13-1112**

Court of Criminal Appeals of Alabama.

01/30/2015

Reh. denied 02/13/2015

Affirmed

**Jose Juan TAMEZ**

v.

**STATE**

**CR-13-1120**

Court of Criminal Appeals of Alabama.

01/30/2015

Reh. denied 02/20/2015

Affirmed